**Order entered October 25, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00550-CV

### SCOTT PELLEY P.C., ET AL., Appellants

### V.

### MICHAEL C. WYNNE, ET AL., Appellees

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-11-1026**

## ORDER

Before the Court is appellees' October 18, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 30, 2018**. We caution appellees that further requests for extension will be disfavored.

/s/    ADA BROWN
       JUSTICE